UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOGAN M DUNSTON,
    Plaintiff,

vs.                                      Case No.: 3:24-cv-558/MCR/ZCB

UNIVERSITY LENDING GROUP
LLC, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 3, 2025. (Doc. 6). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** based on the doctrines of claim preclusion and issue preclusion.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**